ORIGINAL

FILED

10/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0496

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0496

CECIL THOMAS RICE,

    Petitioner,

v.

JIM SALMONSEN, Warden,
Montana State Prison,

    Respondent.

FILED

OCT 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Cecil Thomas Rice has filed a Petition for Writ of Habeas Corpus, indicating that his incarceration is illegal because he has "had no access to [his] legal materials for the past 30 days." He states that, without these needed documents, he cannot proceed with his pending appeal concerning his postconviction relief petition and that his appeal "will be unavoidably dismissed." Rice refers to MSP policy whereby he should have access to current case materials.

Habeas corpus is not the remedy for access to legal materials. More than thirty years ago, we explained that this Court did not have subject matter jurisdiction over many constitutional claims because the claims are not the *cause* of the incarceration. *Gates v. Missoula Cty. Comm'rs.*, 235 Mont. 261, 263, 766 P.2d 884, 885 (1988). (Emphasis added). This Court determined that habeas corpus was not the correct remedy for constitutional claims, including "adequate food, shelter, clothing, medical care, exercise, individual security, and a law library[.]" *Gates*, 235 Mont. at 262, 766 P.2d at 884.

Rice's remedy is found in a motion for extension of time. In his pending appeal, his opening brief was due on Thursday, October 7, 2021. *See Rice v. State of Montana*, No. DA 21-0319. We observe that Rice moved this Court for an extension in his appeal, and this Court granted his motion on October 1. His opening brief is now due on or before November 8. Therefore,

IT IS ORDERED that Rice's Petition for Writ of Habeas Corpus is DENIED.

The Clerk also is directed to provide a copy of this Order to counsel of record and to Cecil Thomas Rice.

DATED this 5 day of October, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices